JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANUEL EDUARDO HERNANDEZ MENDEZ,

                      Petitioner,

        v.

WARDEN, DESERT VIEW FACILITY, *et al.*,

                   Respondents.

Case No. 5:26-cv-02101-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody, and immediately return any confiscated property and documents to Petitioner upon release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge, at which the government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or danger to the community, and that no condition or combination of conditions could reasonably assure Petitioner's future appearance

//

and/or the safety of the community.  Respondents shall file a notice of compliance by May 25, 2026.

DATED: May 20, 2026

_____

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE